# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL E. SPARKMAN, SR., *individually and as administrator of* THE ESTATE OF PAUL E. SPARKMAN, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>POTTER COUNTY, *et al.*,<br><br>    Defendants. | No. 4:24-CV-1338<br><br>(Chief Judge Brann) |

## ORDER

### JANUARY 21, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant University of Pittsburgh Medical Center Charles Cole Memorial Hospital's motion to dismiss (Doc. 13) is **GRANTED**.

2. Defendant Counselor Dawn Dovensky's motion to dismiss (Doc. 29) is **DENIED**.

3. Plaintiff may file an amended complaint no later than February 4, 2025. If no amended complaint is filed by that date, the claims against UPMC Cole will be subject to dismissal with prejudice.

4. Counselor Dovensky's answer to the complaint is due no later than seven days after the deadline for Plaintiff to submit an amended

complaint, unless an amended complaint is filed, in which case the normal deadline to answer an amended complaint shall apply (*see* Fed. R. Civ. P. 15(a)(3)).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge
