**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PAUL E. SPARKMAN, SR.,
*individually and as administrator of*
THE ESTATE OF PAUL E.
SPARKMAN, JR.,

      Plaintiff,

  v.

POTTER COUNTY, *et al.*,

      Defendants.

No. 4:24-CV-01338

(Chief Judge Brann)

**ORDER**

**OCTOBER 23, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Defendant UPMC's motion to dismiss is **GRANTED WITH PREJUDICE** for the Section 1983 claim but **DENIED** for the medical negligence claim, the wrongful death claim, and the survival claim.

2.    Defendant Hill's motion to dismiss is **GRANTED WITH PREJUDICE** for the Section 1983 claim and for punitive damages but **DENIED** for the medical negligence claim, the wrongful death claim, and the survival claim.

3.    Defendants shall docket answers to the amended complaint within

twenty-one (21) days from the date of this Order.

BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge